UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| RICHARD CHARLES LUSSY,<br><br>Plaintiff,<br><br>vs.<br><br>HENRY PAUMIE LUSSY ET EL,<br><br>Defendant. | Case No. CV-17-079-BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that his matter is **DISMISSED WITHOUT LEAVE TO AMEND** as to Defendants Lussy, Roque, Bornff, Dahood, and Green.

Dated this 30th day of October, 2018.

TYLER P. GILMAN, CLERK

By: /s/ A Puhrmann
A Puhrmann, Deputy Clerk